**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     Plaintiff,<br><br>v.<br><br>**JEREMY JEROME BARNETT ET AL.**<br><br>     Defendant. | CR NO: 2:19-CR-0091 MCE |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum     ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Jeremy Jerome Barnett |
| Detained at: | Deuel Vocational Instution (DVI) |

Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
     charging detainee with: 21 U.S.C. § § 846, 841(a)(1)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ David W. Spencer* |
| Printed Name & Phone No: | AUSA David W. Spencer, 916-554-2700 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum     ☐ Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: June 14, 2019

Honorable Edmund F. Brennan
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | J Mac or Mac | ☒Male | ☐Female |
| Booking or CDC #: | G05093 | DOB: | |
| Facility Address: | 23500 Kasson Road, Tracy, CA 95304 | Race: | |
| Facility Phone: | 209-835-4141 | FBI#: | 597195KB1 |
| Currently | Deuel Vocational Institution (DVI) | | |

**RETURN OF SERVICE**

Executed on: _____     _____
                                            (signature)