PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY JEROME BARNETT,<br><br>　　　　　　　　Defendant. | CASE NO. 2:19-CR-0091-MCE<br><br>ORDER GRANTING MOTION TO REDUCE SENTENCE |

Upon consideration of the unopposed motion of the United States filed under seal on October 1, 2021, and for the reasons set forth in the motion, the Court GRANTS the motion. The Court's October 7, 2020 Judgment imposing a sentence of incarceration of 65 months shall be reduced by 8 months to a total term of 57 months incarceration.  All other aspects of the original judgment shall remain in full force and effect.

　　　　IT IS SO ORDERED.

Dated:  October 6, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE