PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0091-DAD-7 |
| Plaintiff, | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| v. | |
| JEREMY JEROME BARNETT, | |
| Defendant. | |

Upon consideration of the unopposed motion of the United States filed under seal on June 6, 2024, and for the reasons set forth in the motion, the Court GRANTS the motion. The Court's October 7, 2020, Judgment (ECF 260), modified on October 6, 2021 (ECF 324), imposing a sentence of incarceration of 57 months, shall be reduced to a sentence of <u>time served</u>. All other aspects of the original judgment shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **June 10, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE