UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 21, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-0091-DAD-7 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JEREMY JEROME BARNETT | |
| Defendant. | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release JEREMY JEROME BARNETT Case No. 2:19-cr-0091-DAD-7 Charges 18 U.S.C. §3606 from custody for the following reasons:

___     Release on Personal Recognizance

___     Bail Posted in the Sum of $ _____

___         Unsecured Appearance Bond $ _____

___         Appearance Bond with 10% Deposit

___         Appearance Bond with Surety

___         Corporate Surety Bail Bond

_x_         (Other): Release is DELAYED until 3/24/2025 at 9:30 AM to the custody of LaToya Washington.

Issued at Sacramento, California on March 21, 2025 at 12:50 PM.

By:     /s/ Carolyn K. Delaney
         Chief Magistrate Judge Carolyn K. Delaney