1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 201-4188
   Mike.Long.Law@msn.com
4
5  Attorney for JEREMY BARNETT

6              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8  THE UNITED STATES OF AMERICA,      ) No. 2:19-91 DAD-7
             Plaintiff,                )
9                                      ) STIPULATION AND [PROPOSED] ORDER
       v.                              ) TO CONTINUE ADMIT/DENY HEARING
10                                     ) AND TO EXCLUDE TIME
                                       )
11 JEREMY BARNETT,                     ) Requested date: 5-19-2025
             Defendant.                ) Time: 9:30 a.m.
12                                     ) Judge: Hon. Dale A. Drozd
13 ===============================)

14     It is hereby stipulated between the parties, David Spencer, Assistant United States Attorney,
15 and Michael D. Long, attorney for defendant JEREMY BARNETT, that the admit/deny hearing set
16 for April 7, 2025, at 9:30 a.m., before Judge Drozd, should be continued and re-set for May 19, 2025,
17
18 at 9:30 a.m., before Judge Drozd.
19     This stipulation only concerns defendant JEREMY BARNETT.
20     Mr. Barnett entered a residential drug rehabilitation program last week.  We would prefer that
21 he remains in the program uninterrupted to facilitate his rehabilitation.  All parties agree that it is in
22 the interests of justice to move his admit/deny hearing to May 19, 2025.
23
24
25 Dated:  April 1, 2025                    Respectfully submitted,
26                                          /s/ Michael D. Long
27                                          MICHAEL D. LONG
                                            Attorney for Jeremy Barnett
28

-1-

Dated: April 1, 2025                                  MICHELE BECKWITH
                                                                    Acting United States Attorney

                                                                    /s/ David Spencer
                                                                    DAVID SPENCER
                                                                    Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the date for the admit / deny hearing in this matter is hereby continued from April 7, 2025, to May 19, 2025, at 9:30 a.m., before District Court Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **April 1, 2025**                              _____
                                                                    DALE A. DROZD
                                                                    UNITED STATES DISTRICT JUDGE