MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JEREMY BARNETT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:19-cr-00091-DAD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE ADMIT/DENY HEARING |
| | ) AND TO EXCLUDE TIME |
| | ) |
| JEREMY BARNETT, | ) Requested date: 7-7-2025 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Dale A. Drozd |
| ==============================) | |

It is hereby stipulated between the parties, David Spencer, Assistant United States Attorney, and Michael D. Long, attorney for defendant JEREMY BARNETT, that the admit/deny hearing set for June 23, 2025, at 9:30 a.m., before Judge Drozd, should be continued and re-set for July 7, 2025, at 9:30 a.m., before Judge Drozd.

This stipulation only concerns defendant JEREMY BARNETT.

Mr. Barnett entered a residential drug rehabilitation program last week.  Mr. Barnett is doing very well in the program.  We would prefer that he remains in the program uninterrupted to facilitate his rehabilitation.  All parties agree that it is in the interests of justice to move his admit/deny hearing to July 7, 2025.

Dated:  June 4, 2025                                             Respectfully submitted,

                                                                 /s/ Michael D. Long
                                                                 MICHAEL D. LONG
                                                                 Attorney for Jeremy Barnett

-1-

Dated:  June 4, 2025                                    MICHELE BECKWITH
                                                        Acting United States Attorney

                                                        /s/ David Spencer
                                                        DAVID SPENCER
                                                        Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the date for the admit / deny hearing in this matter is hereby re-set for July 7, 2025, at 9:30 a.m., before District Court Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **June 9, 2025**                         _____
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE