MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JEREMY BARNETT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>              Plaintiff,<br><br>  v.<br><br>JEREMY BARNETT,<br>              Defendant. | No. 2:19-cr-00091-DAD-7<br><br>STIPULATION AND ORDER TO<br>CONTINUE ADMIT/DENY HEARING<br>AND TO EXCLUDE TIME<br><br>Requested date: 10-27-2025<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

It is hereby stipulated between the parties, David Spencer, Assistant United States Attorney, and Michael D. Long, attorney for defendant JEREMY BARNETT, that the admit/deny hearing set for July 7, 2025, at 9:30 a.m., before Judge Drozd, should be continued and re-set for October 27, 2025, at 9:30 a.m., before Judge Drozd.

This stipulation only concerns defendant JEREMY BARNETT.

Mr. Barnett graduated from a residential drug rehabilitation program this week.  Mr. Barnett did very well in the program.  He has moved into a "sober living environment" home.  Probation would like to monitor Mr. Barnett as he continues his rehabilitation.  All parties agree that it is in the interests of justice to move his admit/deny hearing to October 27, 2025.

Dated:  June 25, 2025                                        Respectfully submitted,

                                                                     /s/ Michael D. Long
                                                                      MICHAEL D. LONG
                                                                      Attorney for Jeremy Barnett

Dated: June 25, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the date for the admit / deny hearing in this matter is hereby continued from July 7, 2025, to October 27, 2025, at 9:30 a.m., before District Court Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **June 25, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE