MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JEREMY BARNETT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:19-cr-00091-DAD-7 |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) ADMIT/DENY HEARING AND TO EXCLUDE |
| | ) TIME |
| | ) |
| JEREMY BARNETT, | ) Requested date: 12-22-2025 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Dale A. Drozd |
| ==============================) | |

It is hereby stipulated between the parties, David Spencer, Assistant United States Attorney, and Michael D. Long, attorney for defendant JEREMY BARNETT, that the admit/deny hearing set for October 27, 2025, at 9:30 a.m., before Judge Drozd, should be continued and re-set for December 22, 2025, at 9:30 a.m., before Judge Drozd.

This stipulation only concerns defendant JEREMY BARNETT.

Mr. Barnett graduated from a residential drug rehabilitation program in June.  Mr. Barnett did very well in the program.  Recently, he moved into a new "sober living environment" home.  Probation would like to monitor Mr. Barnett as he continues his rehabilitation.  All parties agree that it is in the interests of justice to move his admit/deny hearing to December 22, 2025.

Dated:  October 21, 2025                                  Respectfully submitted,

                                                          /s/ Michael D. Long
                                                          MICHAEL D. LONG
                                                          Attorney for Jeremy Barnett

-1-

-2-

Dated:  December 22, 2025

ERIC GRANT
United States Attorney

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the admit / deny hearing in this matter is hereby re-set for December 22, 2025, at 9:30 a.m., before District Court Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **October 21, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE